ORIGINAL

# In the United States Court of Federal Claims

No. 16-1577C

(Filed: January 30, 2017)

FILED
JAN 30 2017
U.S. COURT OF
FEDERAL CLAIMS

```
*****************************************
                                         *
DONALD E. ARNOLD,                        *
                                         *
                Plaintiff,               *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                Defendant.               *
                                         *
*****************************************
```

ORDER

On January 26, 2017, Plaintiff filed a motion to voluntarily dismiss this case without prejudice. For good cause shown, the motion is GRANTED. This case is dismissed without prejudice. Defendant's motion to dismiss (Dkt. No. 14) is DENIED as moot.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge